## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **JAMES JACKSON, CONNIE FELDHAHN, DOROTHY KYLLONEN, on behalf of themselves and all others similarly situated,** | § § § § § | |
| **Plaintiffs,** | § § | |
| | § | **Case No. 2:17-cv-12725-GAD-APP** |
| **v.** | § § | |
| **TRANSWORLD SYSTEMS, INC., SHERMETA LAW GROUP, PLLC, and WELTMAN, WEINBERG & REIS CO., L.P.A.,** | § § § § § | |
| **Defendants.** | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, Plaintiffs, James Jackson, Connie Feldhahn, and Dorothy Kyllonen, and Defendants, Transworld Systems, Inc., Shermeta Law Group, PLLC, and Weltman, Weinberg & Reis Co., L.P.A., filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated: October 24, 2017

/s/Gershwin A Drain
US DISTRICT COURT JUDGE